## DAVE TELSCHEK v. ANTONE FRITSCH.

No.1308. Decided June 9, 1897.

#### Court of Criminal Appeals—Jurisdiction.

A habeas corpus proceeding for the custody of minor children is a civil action, and the Court of Criminal Appeals has no jurisdiction of appeals in this character of cases.

APPEAL from the County Court of Lavaca. Tried below before Hon. D. A. PAULUS, County Judge.

Appeal from a judgment in a habeas corpus proceeding for the custody of children.

Antone Fritsch, as guardian of two minor children, applied for a writ of habeas corpus, alleging that the children were restrained of their liberty and kept from their guardian by Dave Telschek. The writ was granted, and at the hearing upon the same the custody of the children

was awarded to the applicant, Antone Fritsch. Telschek gave notice of appeal, filed his bond, and brings the case to the Court of Criminal Appeals.

*Mann Trice,* Assistant Attorney-General, moved to dismiss the appeal for want of jurisdiction.

[No briefs for appellant.]

DAVIDSON, JUDGE.—To determine the right of possession of two minors the writ of habeas corpus was sued out before the County Judge by the guardian as against the appellant in this case. Upon the hearing of said writ the custody of the children was awarded to the guardian, and appellant prosecutes this appeal.

Motion is made by the Assistant Attorney-General to dismiss the appeal, because this court has no jurisdiction of this character of appeal. The motion is well taken, and must be sustained. This proceeding is a civil action, and the jurisdiction of this court can only attach in appeals in criminal cases. See Ex Parte Reed, 34 Texas Crim. Rep., 9, and Ex Parte Berry, 34 Texas Crim. Rep., 36, and authorities there cited.

The motion to dismiss the appeal is sustained, and the appeal is dismissed.

*Dismissed.*